**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| Rachid Kallamni, individually on behalf of himself all others similarly situated, | Case No. 1:21-cv-10261-LLS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| -against- | |
| MY Imports USA LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, individually and on behalf of himself, hereby gives notice that the above-captionedaction is voluntarily dismissed, without prejudice.

Date: December 6, 2021

Respectfully submitted,

By: */s/ Jason P. Sultzer*
Jason P. Sultzer, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel.: (845) 483-7100
*sultzerj@thesultzerlawgroup.com*

*Counsel for Plaintiff*